No. 79–1435. MAHONING WOMEN'S CENTER *v.* HUNTER, MAYOR OF YOUNGSTOWN, ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *New York Gaslight Club, Inc.* v. *Carey, ante,* p. 54, and *Supreme Court of Virginia* v. *Consumers Union,* 446 U. S. 719 (1980). MR. JUSTICE STEWART, MR. JUSTICE WHITE, MR. JUSTICE REHNQUIST, and MR. JUSTICE STEVENS dissent.

No. A–994. MACHINISTS NON-PARTISAN POLITICAL LEAGUE *v.* FEDERAL ELECTION COMMISSION. Application for stay of execution and enforcement of the order of the United States District Court for the District of Columbia, entered January 30, 1980, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. The order entered by THE CHIEF JUSTICE on May 23, 1980, is vacated.

No. A–1053. BURLINGTON NORTHERN, INC., ET AL. *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. Application for an order to vacate the stay entered by the United States Court of Appeals for the Fifth Circuit on May 30, 1980, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. 79–1690. STANTON, ADMINISTRATOR, INDIANA DEPARTMENT OF PUBLIC WELFARE *v.* BROWN ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. A–1019 (79–1909). CALIFORNIA *v.* MUSANTE. Ct. App. Cal., 4th App. Dist. Application for stay, addressed to MR. JUSTICE WHITE and referred to the Court, denied.